# EXHIBIT "A"

**CIVIL DOCKET – CAUSE NO. 22-2044-B_____** **114th Judicial District Court**

**STYLE: Nicholas Wooten Vs Sanderson Farms, Inc., Sanderson Farms, Inc. (processing Division), And Sanderson Farms, Inc. (production Division)**

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING |
|---|---|---|---|
| **Nicholas Wooten**<br>***PLAINTIFF***<br><br>**VS**<br><br>**Sanderson Farms, Inc.; Sanderson Farms, Inc. (processing Division); Sanderson Farms, Inc., (production Division)**<br>***RESPONDENT*** | **Brent Goudarzi**<br>**301 N Titus Street**<br>**Gilmer Tx 75644**<br>**903-843-2544** | **Injury/Damage - Other** | **09/19/2022**<br><br>JURY FEE<br>$<br><br>PAID BY<br>DATE |

| DATE OF ORDERS | | | **ORDERS OF THE COURT** |
|---|---|---|---|
| **Month** | **Day** | **Year** | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

STATE OF TEXAS - COUNTY OF SMITH

I, Penny Clarkston, District Clerk of Smith County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, as appears of record in Vol. ________, Page ________ Minutes of said Court on file in my office.

Witness my official hand and seal of office on this date: October 17, 2022

Penny Clarkston, District Clerk - Smith County, Texas

By: Brenda Colmar Deputy

114TH JUDICIAL DISTRICT COURT

# CASE SUMMARY

## CASE NO. 22-2044-B

**NICHOLAS WOOTEN VS. SANDERSON FARMS, INC., SANDERSON FARMS, INC. (PROCESSING DIVISION), AND SANDERSON FARMS, INC. (PRODUCTION DIVISION)** § § § §

Location: **114th Judicial District Court**
Judicial Officer: **Jackson, Austin Reeve**
Filed on: **09/19/2022**

### CASE INFORMATION

Case Type: **Injury/Damage - Other**

Case Status: **09/19/2022 Filed**

| DATE | CASE ASSIGNMENT | |
|---|---|---|
| | **Current Case Assignment** | |
| | Case Number | 22-2044-B |
| | Court | 114th Judicial District Court |
| | Date Assigned | 09/19/2022 |
| | Judicial Officer | Jackson, Austin Reeve |

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Plaintiff** | **Wooten, Nicholas** | **GOUDARZI, BRENT**<br>*Retained*<br>903-843-2026(F)<br>903-843-2544(W)<br>*301 N. Titus Street*<br>*GILMER, TX 75644*<br>goudarziyoung@goudarzi-young.com |
| **Defendant** | **Sanderson Farms, Inc.** | **JOHNSON, J. EDWARD**<br>*Retained*<br>214-379-6900(W)<br>*750 N. St. Paul Street, Suite 700*<br>*DALLAS, TX 75201*<br>ejohnson@mayerllp.com |
| | **Sanderson Farms, Inc. (Processing Division)** | **JOHNSON, J. EDWARD**<br>*Retained*<br>214-379-6900(W)<br>*750 N. St. Paul Street, Suite 700*<br>*DALLAS, TX 75201*<br>ejohnson@mayerllp.com |
| | **Sanderson Farms, Inc., (Production Division)** | **JOHNSON, J. EDWARD**<br>*Retained*<br>214-379-6900(W)<br>*750 N. St. Paul Street, Suite 700*<br>*DALLAS, TX 75201*<br>ejohnson@mayerllp.com |

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

## EVENTS

| Date | Event |
|---|---|
| 09/19/2022 | Original Petition (OCA) |
| 09/19/2022 | Request for Citation |
| 09/21/2022 | Citation<br>Party: Defendant Sanderson Farms, Inc. |
| 09/21/2022 | Citation<br>Party: Defendant Sanderson Farms, Inc. (Processing Division) |
| 09/21/2022 | Citation<br>Party: Defendant Sanderson Farms, Inc., (Production Division) |
| 09/21/2022 | Correspondence |
| 09/21/2022 | Receipt |
| 09/28/2022 | Green Card Returned Served<br>Party: Defendant Sanderson Farms, Inc. (Processing Division) |
| 10/14/2022 | Original Answer<br>Party: Defendant Sanderson Farms, Inc.; Defendant Sanderson Farms, Inc. (Processing Division) |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant** Sanderson Farms, Inc. | |
| | Total Charges | 10.00 |
| | Total Payments and Credits | 10.00 |
| | **Balance Due as of 10/17/2022** | **0.00** |
| | | |
| | **Plaintiff** Wooten, Nicholas | |
| | Total Charges | 638.00 |
| | Total Payments and Credits | 638.00 |
| | **Balance Due as of 10/17/2022** | **0.00** |

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

STATE OF TEXAS - COUNTY OF SMITH

I, Penny Clarkston, District Clerk of Smith County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, as appears of record in Vol. __________, Page __________ Minutes of said Court on file in my office.

Witness my official hand and seal of office on this date: October 17, 2022

Penny Clarkston, District Clerk - Smith County, Texas

By: Brenda Folmar Deputy

Electronically Filed
9/19/2022 2:06 PM
Penny Clarkston, Smith County District Cl
Reviewed By: Penny Clarkston

LAW OFFICES OF
GOUDARZI & YOUNG, LLP
goudarziyounglaw.com

J. BRENT GOUDARZI
MARTY L. YOUNG
KRISTINA PIERCE JOSEPH
THOMAS W. REARDON, JR.
KEVIN J. SIMONS
JESSICA ALLEN
R. CLAY KIMBROUGH

3522 FOURTH STREET
LONGVIEW, TEXAS 75605
PH 903-843-2544
FAX 903-843-2026

September 19, 2022

**Via efile**
Mr. Trey Hattaway
Gregg County District Clerk
101 E. Methvin Street
Longview, TX 75601

22-2044-B

**RE: Nicholas Wooten v. Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division) and Sanderson Farms, Inc. (Production Division); In the District Court of Smith County, Texas**

Dear Mr. Hattaway:

Please find enclosed Plaintiff's Original Petition and Request for Disclosure for filing regarding the above-referenced matter. Please prepare the following citations:

Sanderson Farms, Inc.
By serving its registered agent for service of process
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3136
*(Clerk to issue via certified mail, return receipt requested)*

Sanderson Farms, Inc. (Processing Division)
By serving its registered agent for service of process
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3136
*(Clerk to issue via certified mail, return receipt requested)*

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

Sanderson Farms, Inc. (Production Division)
By serving its registered agent for service of process
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3136
*(Clerk to issue via certified mail, return receipt requested)*

Your fees are being paid via eserve this date. Thank you for your courtesy and cooperation in this matter.

With kindest regards,

Brent Goudarzi

BG/ra
Enc.

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

STATE OF TEXAS - COUNTY OF SMITH

I, Penny Clarkston, District Clerk of Smith County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, as appears of record in Vol. ——, Page —— Minutes of said Court on file in my office.

Witness my official hand and seal of office on this date:
October 17, 2022

Penny Clarkston, District Clerk - Smith County, Texas
By: Glenda Holman Deputy

**From:** Patricia Dixon
**To:** goudarziyoung@goudarzi-young.com
**Subject:** Cause No. 22-2044-B
**Date:** Wednesday, September 21, 2022 2:21:00 PM
**Attachments:** Plaintiffs Original Petition.pdf
Citation Issued to Sanderson Farms, Inc. 0768.pdf
Citation Issued to Sanderson Farms, Inc. (Processing) 0775.pdf
Citation Issued to Sanderson Farms, Inc. (Production) 0782.pdf

---

Please find attached file-marked Plaintiff's Original Petition and courtesy copies of the citations issued to defendants for your file.

On this date citations to defendants have been forwarded via certified mail, return receipt as requested.

Thank you,

*Patricia Renee Dixon, Deputy Clerk*
*PENNY CLAKRSTON, DISTRICT CLERK*
*SMITH COUNTY, TEXAS*
*100 N. Broadway, Rm. 204*
*Tyler, Texas 75702*

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

STATE OF TEXAS - COUNTY OF SMITH

I, Penny Clarkston, District Clerk of Smith County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, as appears of record in Vol. ________, Page ________ Minutes of said Court on file in my office.

Witness my official hand and seal of office on this date:
October 17, 2022

Penny Clarkston, District Clerk - Smith County, Texas
By: Brenda Palmer Deputy

7020 0640 0000 9822 0768

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage

Postmark Here

22-2044-B

**SANDERSON FARMS, INC.**
**C/O ITS REGISTERED AGENT FOR SERVICE OF PROCESS:**
**CT CORPORATION SYSTEM**
**1999 BRYAN STREET, SUITE 900**
**DALLAS, TEXAS 75201-3136**

7020 0640 0000 9822 0775

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage

Postmark Here

22-2044-B

**SANDERSON FARMS, INC. (PROCESSING DIVISION)**
**C/O ITS REGISTERED AGENT FOR SERVICE OF PROCESS:**
**CT CORPORATION SYSTEM**
**1999 BRYAN STREET, SUITE 900**
**DALLAS, TEXAS 75201-3136**

7020 0640 0000 9822 0782

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage

Postmark Here

22-2044-B

**SANDERSON FARMS, INC. (PRODUCTION DIVISION)**
**C/O ITS REGISTERED AGENT FOR SERVICE OF PROCESS:**
**CT CORPORATION SYSTEM**
**1999 BRYAN STREET, SUITE 900**
**DALLAS, TEXAS 75201-3136**

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

STATE OF TEXAS - COUNTY OF SMITH

I, Penny Clarkston, District Clerk of Smith County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, as appears of record in Vol. __________, Page __________ Minutes of said Court on file in my office.

Witness my official hand and seal of office on this date:

October 17, 2022

Penny Clarkston, District Clerk - Smith County, Texas

By: ____________________ Deputy

USPS TRACKING #

9590 9402 7321 2028 3242 95

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

22-2044-B

• Sender: Please print your name, address, and ZIP+4® in this box•

PENNY CLARKSTON
DISTRICT CLERK, SMITH COUNTY
100 N. BROADWAY, RM. 204
TYLER, TEXAS 75702

FILED
PENNY CLARKSTON
DISTRICT CLERK

2022 SEP 28 PM 1:25

SMITH COUNTY, TEXAS
BY Halle Fu DEPUTY

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**SANDERSON FARMS, INC. (PRODUCTION DIVISION)**
**C/O ITS REGISTERED AGENT FOR SERVICE OF PROCESS:**
**CT CORPORATION SYSTEM**
**1999 BRYAN STREET, SUITE 900**
**DALLAS, TEXAS 75201-3136**

9590 9402 7321 2028 3242 95

2. Article Number *(Transfer from service label)*

7020 0090 0000 9822 0782

PS Form 3811, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
Tierica Williams
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Tierica Williams

C. Date of Delivery
SEP 2 3 2022

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

22-2044-B

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

STATE OF TEXAS - COUNTY OF SMITH

I, Penny Clarkston, District Clerk of Smith County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, as appears of record in Vol. ______, Page ______ Minutes of said Court on file in my office.

Witness my official hand and seal of office on this date: October 17, 2022

Penny Clarkston, District Clerk - Smith County, Texas

By: ______________________ Deputy

Electronically Filed
9/19/2022 2:06 PM
Penny Clarkston, Smith County District Clerk
Reviewed By: Penny Clarkston

22-2044-B

NO. _____

| | | |
|---|---|---|
| **NICHOLAS WOOTEN** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **VS.** | § | **SMITH COUNTY, TEXAS** |
| | § | |
| **SANDERSON FARMS, INC.,** | § | |
| **SANDERSON FARMS, INC. (PROCESSING** | § | |
| **DIVISION), AND** | § | |
| **SANDERSON FARMS, INC. (PRODUCTION** | § | 114th |
| **DIVISION)** | § | _____ **JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION

COMES NOW, NICHOLAS WOOTEN, hereinafter called "Plaintiff" and complains of

SANDERSON FARMS, INC., SANDERSON FARMS, INC. (PROCESSING DIVISION), and

SANDERSON FARMS, INC. (PRODUCTION DIVISION), hereinafter called Defendants, and

for cause of action would respectively show the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

### I.

Discovery in this cause of action is intended to be conducted under Level 2 of Rule 190.3

of the Texas Rules of Civil Procedure.

### JURISDICTION AND VENUE

### II.

Venue is proper in Smith County, Texas pursuant to Chapter 15, Texas Civil Practice and

Remedies Code, in that this is the county in which all or a substantial part of the events or omissions

giving rise to the claim occurred.

Jurisdiction is proper in this Court in that this is a lawsuit seeking damages in excess of the

minimum jurisdictional limits of the district courts of the State of Texas.

Plaintiff's Original Petition                                                                                          Page 1

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

## PARTIES AND SERVICE

### III.

Plaintiff, NICHOLAS WOOTEN, is an individual residing in Kilgore, Texas. The last three digits of Plaintiff's social security number are 160. The last three digits of Plaintiff's driver's license number are 954.

Defendant, SANDERSON FARMS, INC., is a corporation organized under the laws of the State of Mississippi, engages in business in the State of Texas, and may be served with process by serving its registered agent for service of process, CT CORPORATION SYSTEM, at 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136, by certified mail, return receipt requested, issued by the District Clerk of Smith County, Texas.

Defendant, SANDERSON FARMS, INC. (PROCESSING DIVISION), is a corporation organized under the laws of the State of Mississippi, engages in business in the State of Texas, and may be served with process by serving its registered agent for service of process, CT CORPORATION SYSTEM, at 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136, by certified mail, return receipt requested, issued by the District Clerk of Smith County, Texas.

Defendant, SANDERSON FARMS, INC. (PRODUCTION DIVISION) is a corporation organized under the laws of the State of Mississippi, engages in business in the State of Texas, and may be served with process by serving its registered agent for service of process, CT CORPORATION SYSTEM, at 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136, by certified mail, return receipt requested, issued by the District Clerk of Smith County, Texas.

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

FACTS AND CAUSES OF ACTION

**IV.**

On or about September 22, 2020, and at all times mentioned herein, Defendants, SANDERSON FARMS, INC., SANDERSON FARMS, INC. (PROCESSING DIVISION), and/or SANDERSON FARMS, INC. (PRODUCTION DIVISION) (collectively "Defendants" or "Sanderson Farms"), were the possessors of the property in question, and owned, leased, maintained, and/or controlled the property in question, located in or near Smith County, Texas (the "Premises").

On or about September 22, 2020, Plaintiff was working at his job at Sanderson Farms, located in or near Smith County, Texas. Plaintiff was an employee of Defendants, performing his duties at the time of the accident.

On or about September 22, 2020, while in the course and scope of his employment with Defendants and while performing his duties for Defendants, Plaintiff, at the direction and instruction of his supervisor, got on a conveyer belt or platform to get or retrieve one or more chickens that had been improperly hung or placed at a particular location.  As Plaintiff was performing the work task assigned to him, he was caused to fall, subjecting him to tremendous force and injuring himself.  While on the Premises, Plaintiff was seriously injured.

**V.**

Plaintiff's employer elected not to carry workers' compensation insurance.  Therefore, the portion of this action against Defendants is governed by §406.033 of the Texas Labor Code.

**VI.**

Employees of Defendants, other than Plaintiff, were guilty of negligent acts and/or omissions which proximately caused Plaintiff's injuries. Defendants failed to provide Plaintiff



with a safe place to work which proximately caused Plaintiff's injuries.

VII.

Defendants negligently supervised, or alternatively, negligently failed to supervise the work under its control. Defendants' negligent acts and/or omissions proximately caused Plaintiff's injuries.

VIII.

Defendants committed acts of omission and commission, which, collectively and severally, constituted negligence, and were proximate causes of the injuries and the damages of Plaintiff. Such acts of omission and commission include, but are not limited to, the following:

1. failing to provide Plaintiff with a proper and safe work environment;
2. failing to provide Plaintiff with a safe place to work;
3. failing to adequately supervise, monitor and/or train its employees;
4. failing to hire, train and/or ensure that only qualified or adequately trained employees operate equipment of the kind that injured Plaintiff;
5. failing to implement proper procedures to be employed during the operation in progress;
6. failing to adequately warn Plaintiff of the defective condition or activity on the Premises;
7. failing to provide Plaintiff with the safe and proper tools with which to perform his work;
8. failing to provide Plaintiff with the necessary safety equipment with which to perform his work;
9. failing to properly train employees on the proper method of hanging chicken;
10. failing to provide Plaintiff with proper safety shoes;
11. failing to warn Plaintiff of the dangerous condition that existed;
12. failing to properly inspect and maintain the area in question to discover the dangerous condition;

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

13. failing to maintain the area in a reasonably safe condition; and

14. failing to give adequate and understandable warnings to Plaintiff of the unsafe condition of the area.

Each act of negligence was the proximate cause of the accident in question and the injuries and damages of Plaintiff.

Defendants are liable for the damages proximately caused to Plaintiff by the conduct of Defendants and Defendants' employees. Further, Defendants and Defendants' employees were acting in furtherance of Defendants' interests at the time of the negligent acts and/or omissions. Additionally, Defendants and Defendants' employees were acting within the course and scope of their employment when the injury occurred or Defendants had the right to control the activities of Defendants' employees at the time of the accident.

**IX.**

Defendants or their agents undertook, either gratuitously or for their own benefit, obligations to train, supervise, direct, instruct, and/or control the performance of workers and/or the operation and/or maintenance of equipment and/or the Premises. Defendants knew or should have known that such training, supervision, direction, instruction, control, operation and/or maintenance was necessary for Plaintiff's protection. Defendants failed to exercise reasonable care in performing those obligations. Plaintiff or a third party relied on Defendants' performance, and Defendants' performance increased Plaintiff's risk of harm.

**X.**

Defendants committed willful acts or omissions of gross negligence, having actual knowledge of an extreme risk of harm and consciously disregarding that risk, that were a proximate cause of the injuries to Plaintiff and the damages of Plaintiff, and for which Plaintiff is entitled to recover punitive damages, pursuant to Chapter 41 of the Texas Civil Practice and Remedies Code.

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

Furthermore, Defendants authorized the doing and the manner of the acts or omissions, Defendants recklessly employed an unfit agent and/or employee, Defendants employed a vice-principal or one who was in a managerial capacity and was acting in the scope of employment when they committed the acts or omissions, and/or Defendants or a vice-principal or manager of Defendants ratified and/or approved the acts or omissions.

## DAMAGES FOR PLAINTIFF

## XI.

As a direct and proximate result of the occurrence made the basis of this lawsuit, and Defendants' acts as described herein, Plaintiff was caused to suffer and to endure anxiety, pain, and illness resulting in damages more fully set forth below.

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff has incurred and seeks the following damages:

A. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the incident;

B. Reasonable and necessary medical care and expenses which, in reasonable probability, will be incurred in the future;

C. Physical pain and suffering in the past;

D. Physical pain and suffering which, in reasonable probability, will be suffered in the future;

E. Mental anguish in the past;

F. Mental anguish which, in reasonable probability, will be suffered in the future;

G. Physical impairment in the past;

H. Physical impairment which, in reasonable probability, will be suffered in the future;

I Physical disfigurement in the past;

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

J. Physical disfigurement which, in reasonable probability, will be suffered in the future;

K. Loss of earnings in the past;

L. Loss of earning capacity which, in reasonable probability, will be incurred in the future;

M. Exemplary damages.

By reason of the above, Plaintiff has suffered losses and damages in a sum within the jurisdictional limits of the Court and for which this lawsuit is brought. In accordance with Texas Rule of Civil Procedure 47, Plaintiff seeks monetary relief over $1,000,000.00.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully prays Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate; costs of court; and such other and further relief to which Plaintiff may be entitled at law or in equity.

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE



Respectfully submitted,

GOUDARZI & YOUNG, L.L.P.
3522 Fourth Street
Longview, Texas 75605
Telephone: (903) 843-2544
Facsimile: (903) 843-2026
E-Service: goudarziyoung@goudarzi-young.com

By: ______________________________
Marty Young
State Bar No. 24010502
Brent Goudarzi
State Bar No. 00798218

ATTORNEYS FOR PLAINTIFF

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

STATE OF TEXAS - COUNTY OF SMITH

I, Penny Clarkston, District Clerk of Smith County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, as appears of record in Vol. ______, Page ______ Minutes of said Court on file in my office.

Witness my official hand and seal of office on this date:
October 17, 2022

Penny Clarkston, District Clerk - Smith County, Texas
By: ______________ Deputy

| CLERK OF THE COURT | ATTORNEY FOR PLAINTIFF |
|---|---|
| PENNY CLARKSTON<br>SMITH COUNTY DISTRICT CLERK<br>100 N. BROADWAY, RM 204<br>TYLER, TEXAS 75702<br>903-590-1660 | BRENT GOUDARZI<br>GOUDARZI & YOUNG, L.L.P.<br>3522 FOURTH STREET<br>LONGVIEW, TEXAS 75605<br>903-843-2544 |

**CAUSE NO. 22-2044-B**

# THE STATE OF TEXAS
# CITATION BY CERTIFIED MAIL

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

**TO: SANDERSON FARMS, INC. (PRODUCTION DIVISION)**
**C/O ITS REGISTERED AGENT FOR SERVICE OF PROCESS:**
**CT CORPORATION SYSTEM**
**1999 BRYAN STREET, SUITE 900**
**DALLAS, TEXAS 75201-3136**

***GREETINGS:*** **You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten (10:00) o'clock A.M. on the Monday next after the expiration of the twenty (20) days after the date of service of this citation before the 114th Judicial District Court of Smith County, Texas, at the Courthouse of said County located at 100 N. Broadway, Tyler, Texas.**

Said **Plaintiff's Original Petition** was filed in said Court on 09/19/2022, in this case, numbered 22-2044-B on the docket of said Court, and styled:

**NICHOLAS WOOTEN VS. SANDERSON FARMS, INC., SANDERSON FARMS, INC. (PROCESSING DIVISION), AND SANDERSON FARMS, INC. (PRODUCTION DIVISION)**

The nature of Plaintiff's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to the requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of the Court at Tyler, Texas, on this date: September 21, 2022.

**CLERK OF THE COURT**
**PENNY CLARKSTON, DISTRICT CLERK**
**SMITH COUNTY, TEXAS**
100 North Broadway, Rm. 204
Tyler, Texas 75702

**By:** /s/ *Patricia Dixon*
**Patricia Dixon, Deputy**

DISTRICT COURTS OF SMITH COUNTY, TEXAS
CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

*******************CERTIFICATE OF DELIVERY BY MAIL*******************

**I hereby certify that on this date: 9/21/2022, at 4 o'clock P.M., I mailed to SANDERSON FARMS, INC. (PRODUCTION DIVISION) by registered or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Petition attached thereto.**

**BY: /s/ *Patricia Dixon***
**Patricia Dixon, Deputy**

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED: 70200090000098220782**

**>>>>>>>>>ATTACH RETURN RECEIPT WITH ADDRESSEE'S SIGNATURE<<<<<<<<<**

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE



STATE OF TEXAS - COUNTY OF SMITH

I, Penny Clarkston, District Clerk of Smith County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, as appears of record in Vol. ________, Page ________ Minutes of said Court on file in my office.

Witness my official hand and seal of office on this date: October 17, 2022

Penny Clarkston, District Clerk - Smith County, Texas

By: Brenda Palmer Deputy

| CLERK OF THE COURT | ATTORNEY FOR PLAINTIFF |
|---|---|
| PENNY CLARKSTON<br>SMITH COUNTY DISTRICT CLERK<br>100 N. BROADWAY, RM 204<br>TYLER, TEXAS 75702<br>903-590-1660 | BRENT GOUDARZI<br>GOUDARZI & YOUNG, L.L.P.<br>3522 FOURTH STREET<br>LONGVIEW, TEXAS 75605<br>903-843-2544 |

**CAUSE NO. 22-2044-B**

# THE STATE OF TEXAS
# CITATION BY CERTIFIED MAIL

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

**TO: SANDERSON FARMS, INC. (PROCESSING DIVISION)**
**C/O ITS REGISTERED AGENT FOR SERVICE OF PROCESS:**
**CT CORPORATION SYSTEM**
**1999 BRYAN STREET, SUITE 900**
**DALLAS, TEXAS 75201-3136**

*GREETINGS:* **You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten (10:00) o'clock A.M. on the Monday next after the expiration of the twenty (20) days after the date of service of this citation before the 114th Judicial District Court of Smith County, Texas, at the Courthouse of said County located at 100 N. Broadway, Tyler, Texas.**

Said **Plaintiff's Original Petition** was filed in said Court on 09/19/2022, in this case, numbered 22-2044-B on the docket of said Court, and styled:

**NICHOLAS WOOTEN VS. SANDERSON FARMS, INC., SANDERSON FARMS, INC. (PROCESSING DIVISION), AND SANDERSON FARMS, INC. (PRODUCTION DIVISION)**

The nature of Plaintiff's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to the requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of the Court at Tyler, Texas, on this date: September 21, 2022.

**CLERK OF THE COURT**
**PENNY CLARKSTON, DISTRICT CLERK**
**SMITH COUNTY, TEXAS**
100 North Broadway, Rm. 204
Tyler, Texas 75702

**By:** /s/ *Patricia Dixon*
**Patricia Dixon, Deputy**





*******************CERTIFICATE OF DELIVERY BY MAIL*******************

I hereby certify that on this date: 9/21/2022, at 4 o'clock P.M., I mailed to SANDERSON FARMS, INC. (PROCESSING DIVISION) by registered or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Petition attached thereto.

BY: /s/ *Patricia Dixon*
Patricia Dixon, Deputy

CERTIFIED MAIL, RETURN RECEIPT REQUESTED: 70200090000098220775

>>>>>>>>>ATTACH RETURN RECEIPT WITH ADDRESSEE'S SIGNATURE<<<<<<<<<

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

STATE OF TEXAS - COUNTY OF SMITH

I, Penny Clarkston, District Clerk of Smith County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, as appears of record in Vol. ________, Page ________ Minutes of said Court on file in my office.

Witness my official hand and seal of office on this date: October 17, 2022

Penny Clarkston, District Clerk - Smith County, Texas

By: ____________________ Deputy

| CLERK OF THE COURT | ATTORNEY FOR PLAINTIFF |
|---|---|
| PENNY CLARKSTON<br>SMITH COUNTY DISTRICT CLERK<br>100 N. BROADWAY, RM 204<br>TYLER, TEXAS 75702<br>903-590-1660 | BRENT GOUDARZI<br>GOUDARZI & YOUNG, L.L.P.<br>3522 FOURTH STREET<br>LONGVIEW, TEXAS 75605<br>903-843-2544 |

**CAUSE NO. 22-2044-B**

# THE STATE OF TEXAS
# CITATION BY CERTIFIED MAIL

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

**TO: SANDERSON FARMS, INC.**
**C/O ITS REGISTERED AGENT FOR SERVICE OF PROCESS:**
**CT CORPORATION SYSTEM**
**1999 BRYAN STREET, SUITE 900**
**DALLAS, TEXAS 75201-3136**

*GREETINGS:* **You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten (10:00) o'clock A.M. on the Monday next after the expiration of the twenty (20) days after the date of service of this citation before the 114th Judicial District Court of Smith County, Texas, at the Courthouse of said County located at 100 N. Broadway, Tyler, Texas.**

Said **Plaintiff's Original Petition** was filed in said Court on 09/19/2022, in this case, numbered 22-2044-B on the docket of said Court, and styled:

**NICHOLAS WOOTEN VS. SANDERSON FARMS, INC., SANDERSON FARMS, INC. (PROCESSING DIVISION), AND SANDERSON FARMS, INC. (PRODUCTION DIVISION)**

The nature of Plaintiff's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to the requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of the Court at Tyler, Texas, on this date: September 21, 2022.

**CLERK OF THE COURT**
**PENNY CLARKSTON, DISTRICT CLERK**
**SMITH COUNTY, TEXAS**
100 North Broadway, Rm. 204
Tyler, Texas 75702

**By:** /s/ *Patricia Dixon*
**Patricia Dixon, Deputy**

DISTRICT COURTS OF SMITH COUNTY, TEXAS
CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

********************CERTIFICATE OF DELIVERY BY MAIL********************

**I hereby certify that on this date: 9/21/2022, at 4 o'clock P.M., I mailed to SANDERSON FARMS, INC. by registered or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Petition attached thereto.**

**BY: /s/ *Patricia Dixon***
**Patricia Dixon, Deputy**

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED: 70200090000098220768**

**>>>>>>>>>ATTACH RETURN RECEIPT WITH ADDRESSEE'S SIGNATURE<<<<<<<<<**



STATE OF TEXAS - COUNTY OF SMITH

I, Penny Clarkston, District Clerk of Smith County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, as appears of record in Vol. ___—___, Page ___—___ Minutes of said Court on file in my office.

Witness my official hand and seal of office on this date:

October 17, 2022

Penny Clarkston, District Clerk - Smith County, Texas

By: ______________________ Deputy

Electronically Filed
10/14/2022 12:02 PM
Penny Clarkston, Smith County District Clerk
Reviewed By: Gina McClung

**CAUSE NO. 22-2044-B**

| | | |
|---|---|---|
| **NICHOLAS WOOTEN,** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff,* | § | |
| v. | § | **114th JUDICIAL DISTRICT** |
| **SANDERSON FARMS, INC., SANDERSON FARMS, INC. (PROCESSING DIVISION), and SANDERSON FARMS, INC. (PRODUCTION DIVISION),** | § | |
| *Defendants.* | § | **SMITH COUNTY, TEXAS** |

---

**DEFENDANTS' ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

---

Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division) and Sanderson Farms, Inc. (Production Division) (collectively referred to as "Defendants") file their answer to the Original Petition (the "Petition") filed by Plaintiff Nicholas Wooten ("Plaintiff"), and in support thereof, would respectfully show as follows:

**I.**
**VERIFIED DENIAL**

1. Pursuant to Texas Rule of Civil Procedure 93, Defendants Sanderson Farms, Inc. and Sanderson Farms, Inc. (Production Division) allege that there is a defect of parties as they have been misidentified, and deny that they are proper parties to this lawsuit.

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

## II.
## GENERAL DENIAL

2. Defendants deny each and every, all and singular, the material allegations contained within the Petition filed by Plaintiff, and demand strict proof thereof.

## III.
## AFFIRMATIVE DEFENSES

3. Pleading further, alternatively, and by way of affirmative defense, Defendants would state that in the event that an adverse ruling would be rendered against them, Defendants would respectfully request all available credits and/or offsets as provided by the Texas Civil Practice and Remedies Code and under Texas law.

4. Pleading further, alternatively, and by way of affirmative defense, Defendants assert that in addition to any other limitation under law, Plaintiff's recovery of medical or health care expenses, if any, should be limited to the amount actually paid or incurred by or on behalf of Plaintiff, pursuant to Section 41.0105 of the Texas Civil Practices and Remedies Code.

5. Pleading further, alternatively, and by way of affirmative defense, Defendants invoke Section 18.091 of the Texas Civil Practices & Remedies Code requiring that Plaintiff prove any alleged loss of earnings and/or loss of earning capacity in a form that represents his net loss after reduction for income tax payments or unpaid tax liability.

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

6. Pleading further, alternatively, and by way of affirmative defense, Defendants assert that any damages sought to be recovered by Plaintiff should be reduced to the extent that it is shown that Plaintiff has failed to mitigate his claimed damages and failed to take the reasonable steps that a person of ordinary prudence in a similar situation would have taken to avoid the claimed damages.

7. Pleading further, alternatively, and by way of affirmative defense, Defendants assert that they are entitled to an offset in the event that Plaintiff is awarded damages for past medical expenses and to the extent that Plaintiff's past medical expenses have already been paid for in accordance with Defendants' Texas Injury Benefit Plan.

8. Defendants hereby give notice that they intend to rely upon such other defenses or denials, affirmative or otherwise, and to assert third-party claims and any other claims, as may become available or appear during discovery as it proceeds in this matter, and hereby reserve the right to amend their Answer to assert such defenses.

## IV.
## JURY DEMAND

Subject to Defendants' forthcoming Motion to Compel Arbitration, in accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendants demand a trial by jury.

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

## V.
## PRAYER

Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division) and Sanderson Farms, Inc. (Production Division) pray that Plaintiff's requested relief be denied, that Defendants go hence with their costs without delay, that a take nothing judgment be entered in favor of Defendants as to all of Plaintiff's claims, and for such other and further relief, both general and special, at law and in equity, to which Defendants may show themselves justly entitled.

Respectfully submitted,

**MAYER LLP**

By: */s/ J. Edward Johnson*

Zach T. Mayer
State Bar No. 24013118
Email: zmayer@mayerllp.com
J. Edward Johnson
State Bar No. 24070001
Email: ejohnson@mayerllp.com
G. Adrian Galvan
State Bar No. 24108601
Email: agalvan@mayerllp.com

750 N. St. Paul Street, Suite 700
Dallas, Texas 75201
Telephone: 214.379.6900
Facsimile: 214.379.6939

**ATTORNEYS FOR DEFENDANTS SANDERSON FARMS, INC., SANDERSON FARMS, INC. (PROCESSING DIVISION) AND SANDERSON FARMS, INC. (PRODUCTION DIVISION)**

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

**CERTIFICATE OF SERVICE**

This is to certify that on the 14th day of October 2022, a true and correct copy of the foregoing has been forwarded to all counsel of record, as follows:

**Via eFile:** goudarziyoug@goudarzi-young.com
Marty Young
Brent Goudarzi
Goudarzi & Young, L.L.P.
3522 Fourth Street
Longview, Texas 75605

/s/ *J. Edward Johnson*
J Edward Johnson

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

## DECLARATION OF J. EDWARD JOHNSON

STATE OF TEXAS §
§
COUNTY OF DALLAS §

1. My name is J. Edward Johnson. I am over the age of twenty-one years and competent to make this Declaration. The statements in this Declaration are based on my personal knowledge, and are true and correct.

2. I have read the above and foregoing Original Answer, and the factual statements contained in Paragraph I of the Verified Denial herein are within my personal knowledge and are true and correct.

My name is J. Edward Johnson. My work address is 750 N. St. Paul St., Suite 700, Dallas, Texas 75201. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 14th day of October, 2022

/s/ J. Edward Johnson
J. Edward Johnson

CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Shannon Pilgrim on behalf of Joseph Johnson
Bar No. 24070001
spilgrim@mayerllp.com
Envelope ID: 69230071
Status as of 10/14/2022 12:12 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brent Goudarzi | | goudarziyoung@goudarzi-young.com | 10/14/2022 12:02:00 PM | SENT |
| Cathy Preston | | cpreston@mayerllp.com | 10/14/2022 12:02:00 PM | SENT |



**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Shannon Pilgrim on behalf of Joseph Johnson
Bar No. 24070001
spilgrim@mayerllp.com
Envelope ID: 69230071
Status as of 10/14/2022 12:12 PM CST

Associated Case Party: Sanderson Farms, Inc. (Processing Division)

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| G. AdrianGalvan | | agalvan@mayerllp.com | 10/14/2022 12:02:00 PM | SENT |
| Zach Mayer | | zmayer@mayerllp.com | 10/14/2022 12:02:00 PM | SENT |
| Edward Johnson | | ejohnson@mayerllp.com | 10/14/2022 12:02:00 PM | SENT |

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

STATE OF TEXAS - COUNTY OF SMITH

I, Penny Clarkston, District Clerk of Smith County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, as appears of record in Vol. ——, Page —— Minutes of said Court on file in my office.

**Witness my official hand and seal of office on this date:**

October 17, 2022

**Penny Clarkston, District Clerk - Smith County, Texas**

**By:** Brenda Folmar **Deputy**